# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

CARLOS PURIFOY,

    Plaintiff,

v.                                       Case No.  3:20-cv-5394-LC-MJF

COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 27, 2021 (ECF No. 21). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The decision of the Commissioner is **AFFIRMED**, and this action is **DISMISSED**.

3. **JUDGMENT** is entered, pursuant to sentence four of 42 U.S.C. § 405(g), **AFFIRMING** the decision of the Commissioner.

**DONE AND ORDERED** this 26th day of August, 2021.

*s/L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**